UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **RICHARD VENTO,**<br><br>  Petitioner,<br><br> v.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Respondent. |

Miscellaneous 06-00525  (HHK)

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY

It is this 1st day of December, 2006, hereby

**ORDERED** that petitioner's motion to quash a third-party subpoena [#1] is hereby referred to Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Until this referral is terminated, *all* filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge**.** *See* LCvR 5.1(f).

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge