IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 06-525-HHK-AK |
| ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent & ) | |
| Counterclaim Petitioner, ) | |
| ------------------------------------------------------- ) | |
| IRWIN L. CRAWFORD, II, ) | |
| ) | |
| Counterclaim Respondent. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the United States in the above-captioned proceeding.

DATED: January 19, 2007.

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2171863.1