IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENTO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. No. 06-525-HHK-AK |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Respondent & | ) |
| Counterclaim Petitioner, | ) |
| ------------------------------------------------------ | ) |
| IRWIN L. CRAWFORD, II, | ) |
| | ) |
| Counterclaim Respondent. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Stuart D. Gibson as attorney for the United States in the above-captioned proceeding.

DATED: January 19, 2007.

                                                        /s/ Stuart D. Gibson
                                                      STUART D. GIBSON
                                                      Senior Litigation Counsel, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 403
                                                      Ben Franklin Station
                                                      Washington, DC 20044
                                                      Phone/Fax: (202) 307-6586/307-2504
                                                      Email: Stuart.D.Gibson@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

                                                                                                                                                                                     2171937.1