IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE COLUMBIA

| | |
|---|---|
| RICHARD VENTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 06-525HHK-AK |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Respondent & ) | |
| Counterclaim Petitioner, ) | |
| ) | |
| IRWIN CRAWFORD, II, ) | |
| ) | |
| Counterclaim Respondent. ) | |
| ) | |

## ENTRY OF APPEARANCE

The Court will please enter the appearance of Gilbert W. Boyce, Esq., Kutak Rock LLP, as counsel for Counterclaim-Respondent Irwin L. Crawford II in the above-captioned matter:

    Respectfully submitted,

    /s/ Gilbert W. Boyce
    Gilbert W. Boyce
    D.C. Bar # 416779
    Kutak Rock LLP
    1101 Connecticut Avenue, N.W.,
    Suite 1000
    Washington, D.C. 20036
    (202) 828-2400 (phone)
    (202) 828-2488 (facsimile)

4824-0239-5649.1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing Entry of Appearance this 27th day of February 2007 by electronic mail in PDF format on the following counsel of record:

Jennifer L. Vozne, Esq. and Stuart D. Gibson, Esq.
U.S. Department of Justice
Tax Division
P.O. Box 227
Ben Franklin Station
Washington DC 20044
Facsimile: 202-514-6866

Michael C. Durney, Esq.
1072 Thomas Jefferson St., NW
Washington, DC 20007
Facsimile: 202-965-7745.

/s/ Gilbert W. Boyce
Gilbert W. Boyce

4824-0239-5649.1