# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENTO,<br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent &<br>        Counterclaim Petitioner.<br><br>IRWIN L. CRAWFORD, II,<br>        Counterclaim Respondent | Misc. No. 06-525-HHK-AK |

## STIPULATION OF DISMISSAL

The parties, RICHARD VENTO, Petitioner, UNITED STATES OF AMERICA, Respondent and Counterclaim Petitioner, and IRWIN L. CRAWFORD, II, Counterclaim Respondent, through their respective counsel, hereby stipulate that an order of dismissal of this action in its entirety may be entered as follows:

1. The Petition to Quash IRS Third-Party Summons may be dismissed with prejudice, each party to bear its own costs.

2. The Counterclaim for Petition to Enforce Internal Revenue Summons filed against Irwin L. Crawford may be dismissed without prejudice, each party to bear its own costs.

A proposed Order of Dismissal is appended to this Stipulation.

Date: April 23, 2007                    RICHARD VENTO, PETITIONER

By: MICHAEL C. DURNEY

/s/ Michael C. Durney

LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.,
Washington, D.C. 20007
(202) 965-7744
FAX: (202) 965-7745
D.C. Bar No. 111872
 Email:  mcd@mdurney.com

Attorney for Petitioner


UNITED STATES OF AMERICA, RESPONDENT &
COUNTERCLAIM PETITIONER

By: JENNIFER L. VOZNE

/s/ Jennifer L. Vozne

JENNIFER L. VOZNE
Trial Attorney, Tax Division
STUART D. GIBSON
Senior Litigation Counsel, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6555/307-6586
FAX: (202) 514-6866
Email:  Jennifer.L.Vozne@ysdoj.gov
            Stuart.D.Gibson@usdoj.gov

Attorneys for Respondent  & Counterclaim Petitioner

IRWIN CRAWFORD, COUNTERCLAIM RESPONDENT

By: GILBERT W. BOYCE

/s/ Gilbert W. Boyce

KUTAK ROCK LLP
1101 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 828-2400
FAX (202) 828-2488
D.C. Bar No. 416779
Email: gilbert.boyce@kutakrock.com

Attorney for Counterclaim Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VENTO,<br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent &<br>　　　　Counterclaim Petitioner.<br>_____<br><br>IRWIN L. CRAWFORD, II,<br>　　　　Counterclaim Respondent | )<br>)<br>)<br>)<br>)　Misc. No. 06-525-HHK-AK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　Pursuant to the Stipulation of Dismissal filed by the parties, it is hereby **ORDERED** that this action is dismissed on the following terms:

1. The Petition to Quash IRS Third-Party Summons is dismissed with prejudice, each party to bear its own costs.

2. The Counterclaim for Petition to Enforce Internal Revenue Summons is dismissed without prejudice, each party to bear its own costs.

**SO ORDERED.**

_____　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alan Kay
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge